No. 608. MILLER ET AL. *v.* SPOKANE ET AL. Appeal from the Supreme Court of Washington. *Per Curiam:* The motion to dismiss is granted and the appeal is dis-

missed for want of jurisdiction. 28 U. S. C. § 1257 (2). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by 28 U. S. C. § 2103, certiorari is denied. *Claude L. Dawson* for appellants. *Charles S. Rhyne* for appellees.